UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNA BURDS and JOSHUA SMITH,<br>    Plaintiffs | CIVIL ACTION NO: 2:19-cv-01254 |
| VERSUS | JUDGE: SARAH S. VANCE |
| JAVIER FLORES, JAVIER FLORES, TRANSPORTATION, LLC, SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, NORTHLAND INSURANCE COMPANY, ANTHONY HOOFKIN, and SAFEWAY INSURANCE COMPANY OF LOUISIANA,<br>    Defendants. | MAGISTRATE: MICHAEL NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING Ex Parte *Motion to Expedite Consideration of Plaintiffs' Motion to Set Aside and to Strike the Order of Partial Dismissal or, in the alternative, for Leave to Amend the Complaint*:

IT IS HEREBY ORDERED that the Motion is GRANTED IN FULL and that this Court will consider Plaintiffs' Ex Parte *Motion to Expedite Consideration of Plaintiffs' Motion to Set Aside and to Strike the Order of Partial Dismissal or, in the alternative, for Leave to Amend the Complaint* on an expedited basis.

**DENIED**

THUS DONE AND SIGNED this ___19th___ day of ___February___, 2019.

*Sarah Vance*
UNITED STATES DISTRICT JUDGE