### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNA BURDS and JOSHUA SMITH,**<br>        **Plaintiffs**<br><br>**VERSUS**<br><br>**JAVIER FLORES, JAVIER FLORES TRANSPORTATION, LLC, SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, NORTHLAND INSURANCE COMPANY, ANTHONY HOOKFIN, and SAFEWAY INSURANCE COMPANY OF LOUISIANA,**<br>        **Defendants** | **CIVIL ACTION NO. 19-1254**<br><br>**SECTION: R(5)**<br><br>**JUDGE VANCE**<br><br>**MAGISTRATE JUDGE NORTH** |

### JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Johnna Burds and Joshua Smith, and defendants, Javier Flores, Javier Flores Transportation, LLC, and Southern County Mutual Insurance Company, and respectfully submit to this Honorable Court that all causes of action asserted against defendants by Johnna Burds and Joshua Smith have been settled and compromised in their entirety.  Considering this settlement and compromise, plaintiffs advise that their *Motion to Set Aside and to Strike the Order of Partial Dismissal or, in the Alternative, for Leave to Amend the Complaint* (R. Doc. 4) is now moot and should be withdrawn from the record of this matter.

**WHEREFORE**, plaintiffs, Johnna Burds and Joshua Smith, respectfully request that all claims asserted against defendants, Javier Flores, Javier Flores Transportation, LLC, and Southern County Mutual Insurance Company, be dismissed, with prejudice, and with each party to bear their own respective costs.  Plaintiffs also request that their *Motion*

*to Set Aside and to Strike the Order of Partial Dismissal or, in the Alternative, for Leave*

*to Amend the Complaint* (R. Doc. 4) be withdrawn from the record as it is now moot.

Respectfully submitted,

**PANDIT LAW FIRM, LLC**
701 Poydras Street, Suite 3950
New Orleans, Louisiana 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
E-mail: jbaer@panditlaw.com

BY:      */s/ Jason M. Baer*
**JASON M. BAER (#31609)**
**RAJAN PANDIT (#32215)**
**CASEY C. DEREUS (#317096)**
**JOSHUA A. STEIN (#37885)**

**ATTORNEYS FOR PLAINTIFFS,
JOHNNA BURDS AND JOSHUA SMITH**

**- And -**

**LARZELERE PICOU WELLS
        SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail: mwells@lpwsl.com
        egodofsky@lpwsl.com

BY:      */s/ Evan J. Godofsky*
**MORGAN J. WELLS, JR. (#18499)**
**EVAN J. GODOFSKY (#32471)**

**ATTORNEYS FOR DEFENDANTS,
JAVIER FLORES, JAVIER FLORES
TRANSPORTATION, LLC, AND
SOUTHERN COUNTY MUTUAL
INSURANCE COMPANY**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

*/s/ Evan J. Godofsky*