## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNA BURDS and JOSHUA SMITH,**<br>        **Plaintiffs** | **CIVIL ACTION NO. 19-1254** |
| **VERSUS** | **SECTION: R(5)** |
| **JAVIER FLORES, JAVIER FLORES TRANSPORTATION, LLC, SOUTHERN COUNTY MUTUAL INSURANCE COMPANY, NORTHLAND INSURANCE COMPANY, ANTHONY HOOKFIN, and SAFEWAY INSURANCE COMPANY OF LOUISIANA,**<br>        **Defendants** | **JUDGE VANCE**<br><br>**MAGISTRATE JUDGE NORTH** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come cross-plaintiff, Anthony Hookfin, and cross-defendants, Javier Flores, Javier Flores Transportation, LLC, and Southern County Mutual Insurance Company, and respectfully submit to this Honorable Court that all causes of action asserted by Anthony Hookfin in his *Cross-Claim* against cross-defendants have been settled and compromised in their entirety.

**WHEREFORE**, cross-plaintiff, Anthony Hookfin, respectfully requests that all claims asserted in his *Cross-Claim* against cross-defendants, Javier Flores, Javier Flores Transportation, LLC, and Southern County Mutual Insurance Company, be dismissed, with prejudice, and with each party to bear their own respective costs.

Respectfully submitted,

**THE KING FIRM, LLC**
2912 Canal Street
New Orleans, Louisiana 70119
Telephone: (504) 909-5464
Facsimile: (800) 901-6470
E-mail: sregan@kinginjuryfirm.com

**BY:** */s/ Sean M. Regan*
**BRIAN KING (#24817)**
**JASON F. GILES (#29211)**
**ANTHONY J. MILAZZO, III (#29631)**
**JAMES E. COURTENAY (#31681)**
**SEAN M. REGAN (#36748)**

**ATTORNEYS FOR CROSS-PLAINTIFF, ANTHONY HOOKFIN**

**- And -**

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
3850 N. Causeway Boulevard
Suite 500 – Two Lakeway Center
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
E-mail: mwells@lpwsl.com
egodofsky@lpwsl.com

**BY:** */s/ Morgan J. Wells, Jr.*
**MORGAN J. WELLS, JR. (#18499)**
**EVAN J. GODOFSKY (#32471)**

**ATTORNEYS FOR CROSS-DEFENDANTS, JAVIER FLORES, JAVIER FLORES TRANSPORTATION, LLC, AND SOUTHERN COUNTY MUTUAL INSURANCE COMPANY**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States Mail, properly addressed and postage prepaid.

                                                            */s/ Morgan J. Wells, Jr.*